H. L. SEARS v. F. WOOD BOYCE t/a HOME BEAUTIFUL.

(Filed 21 September, 1955.)

APPEAL by defendant from *Paul, Special Judge,* May Term, 1955, of PASQUOTANK.

The plaintiff instituted this action to recover for personal injuries sustained while riding as a guest passenger in the defendant's ½-ton panel truck on 28 November, 1954. His injuries were allegedly sus-

tained when as a result of the careless and negligent operation of said truck by the defendant, it ran off the highway and was overturned.

The issues of negligence and damages were answered in favor of the plaintiff.

From judgment entered on the verdict, the defendant appeals and assigns error.

*J. W. Jennette for plaintiff, appellee.*
*LeRoy & Goodwin for defendant, appellant.*

PER CURIAM.   The defendant assigns as error the failure of the court to sustain his motion for judgment as of nonsuit, made at the close of plaintiff's evidence and renewed at the close of all the evidence.   A careful examination of the evidence leads us to the conclusion that it was sufficient to require its submission to the jury.   Therefore, the judgment will be upheld.

No error.

WINBORNE and HIGGINS, JJ., took no part in the consideration or decision of this case.